UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00447-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL VAN GILDER,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday December 3, 2012,** and responses to these motions shall be filed by **Monday, December 17, 2012.**  It is

FURTHER ORDERED that a 5-day jury trial is set for **Wednesday, January 2, 2013, at 9:00 a.m. in courtroom A-1002.**

Dated:  October 31, 2012.

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      WILEY Y. DANIEL
                      CHIEF U. S. DISTRICT JUDGE