UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00447WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL VAN GILDER,

    Defendant.

---

### MINUTE ORDER
---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on February 25, 2013.  A Change of Plea hearing is set for **Friday, April 19, 2013 at 3:00 p.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  February 25, 2013