UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00447-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL VAN GILDER,

    Defendant.

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT**

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment (ECF No. 55) pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.  The Court having read said Motion and being fully advised in the premises finds:

On October 24, 2012, the grand jury charged defendant Michael Van Gilder in Counts One through Five with violations of Title 15, United States Code, Sections 78j(b) and 78ff, and  Title 17, Code of Federal Regulations, Section 240.10b-5.  The Indictment also sought forfeiture pursuant to 18 U.S.C. § 981 (a)(1)(C), and 28 U.S.C. § 2461 of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the above-described offenses charged in Counts One through Five (Doc. 1).

On May 1, 2013, the United States and defendant Michael Van Gilder entered into a Plea Agreement, which provides a factual basis and cause to issue a personal

money judgment against defendant Michael Van Gilder in the amount of $86,100.00 under 18 U.S.C. § 981 (a)(1)(C), 28 U.S.C. § 2461, and Rule 32.2(b) of the Federal Rules of Criminal Procedure.  (Doc. 35).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment (ECF No. 55) is **GRANTED** as follows:

THAT $86,100.00 is subject to forfeiture as proceeds obtained by defendant Michael Van Gilder through commission of the offenses in Count Five for which he has pleaded guilty.

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Michael Van Gilder in the amount of $86,100.00 shall be entered in accordance with 18 U.S.C. § 981 (a)(1)(C), and 28 U.S.C. § 2461.  Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

Dated:  August 20, 2013

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE