**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 12-cr-00447-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

MICHAEL VAN GILDER,

       Defendant.

---

**ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES**

---

     Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of probation, it is

     ORDERED that the defendant, Michael Van Gilder, be allowed to travel to Cancun, Mexico, July 25-30, 2015.

     DATED at Denver, Colorado, this 14th day of July, 2015.

                            BY THE COURT:

                            <u>s/ Wiley Y. Daniel</u>
                            Judge Wiley Y. Daniel
                            Senior United States District Judge